IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

07-CV-02211-BNB

Civil Action No. _____
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2007

GREGORY C. LANGHAM
CLERK

JESUS ANDRE LOZANO,

    Plaintiff,

v.

JAMES ABBOTT, Warden @ C.T.C.F.,
RANDY FOSHEE, Asso. Warden @ C.T.C.F.,
MAJOR L. MAIFIELD @ C.T.C.F.,
R.H. WALTERS, Head Chairperson @ C.T.C.F.,
CAROL MORTON, Case Manager @ C.T.C.F.,
JOHN C. EVANS, Case Manager @ C.T.C.F.,
ALLEN F. STANLEY, Chairperson Board of Parole, CDOC, and
LT. TOM BENEZE, Investigator @ C.T.C.F.,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, Prisoner Complaint, and a Letter to the Court. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other:_____.

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 18th day of October, 2007.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02211-BNB

Jesus A. Lozano
Doc# 130590
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/19/07

GREGORY C. LANGHAM, CLERK

By: Angie
Deputy Clerk